# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELVIN BURTON

NO. 2019 KW 0863

SEP 3 0 2019

In Re:   Melvin Burton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 548813.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT